JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE LATHELL SOLOMON,<br><br>     Petitioner,<br><br>  v.<br><br>BRIAN KIBLER,<br><br>     Respondent. | Case No. 2:22-CV-02409-ODW (MAR)<br><br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: October 19, 2022

                         _____
                         HONORABLE OTIS D. WRIGHT, II
                         United States District Judge